**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOL HUNGARIAN OIL AND GAS PLC., | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | Case No. 1:17-cv-02339-KBJ |
| v. | ) | |
| | ) | |
| THE REPUBLIC OF CROATIA, | ) | |
| | ) | |
| *Respondent*. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Petitioner MOL Hungarian Oil and Gas Plc., by and through its counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: September 24, 2018

Respectfully submitted,

DECHERT LLP

By: /s/ *Dennis Hranitzky*
    Dennis Hranitzky
      D.C. Bar No. NY0117
    DECHERT LLP
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Telephone: (212) 698-3500
    Facsimile: (212) 698-3599

    Arif Hyder Ali (*admitted Pro Hac Vice*)
      D.C. Bar No. 434075
    Alexandre de Gramont (*admitted Pro Hac Vice*)
      D.C. Bar No. 430640
    Erica Franzetti (*admitted Pro Hac Vice*)
      D.C. Bar No. 985907
    DECHERT LLP
    1900 K Street NW
    Washington, DC 20006
    Telephone: (202) 261-3300
    Facsimile: (202) 261-3333

    Counsel for *Petitioner MOL Hungarian Oil and Gas Plc.*